McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-50 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER SETTING STATUS CONFERENCE |
| v. | |
| KYUNG MIN KONG, | |
| Defendant. | |

This matter was previously set for status conference on April 22, 2019 before the Hon. Kimberly J. Mueller, and time excluded through that date. The case has now been related to another matter and transferred to the Hon. Morrison C. England, Jr., for all purposes. The parties therefore request that the matter be set for an initial status conference on May 2, 2019, and that time be excluded through that date. Discovery in this matter is voluminous, consisting of bank records and audio recordings, that defense counsel will need time to review. Accordingly, the parties stipulate to an exclusion of time pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

//

//

//

1

Dated: April 4, 2019                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                By:     /s/ Audrey B. Hemesath
                                        AUDREY B. HEMESATH
                                        Assistant U.S. Attorney


                                By:     /s/ Todd Leras
                                        TODD LERAS
                                        Counsel for KYUNG MIN KONG

## ORDER

This matter is set for an initial status conference on May 2, 2019. The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. Time from the date the parties stipulated, up to and including May 2, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).

   IT IS SO ORDERED.

Dated: April 8, 2019

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE