LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
KYUNG KONG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-050 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| KYUNG MIN KONG, | |
| Defendant. | Date: July 11, 2019<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

    It is hereby stipulated and agreed by and between plaintiff United States of America and defendant Kyung Kong, through their respective attorneys, that the status conference set for May 2, 2019, shall be continued by the Court to July 11, 2019, at 10:00 a.m., to allow defense counsel to review discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss potential pretrial resolution, and otherwise prepare the client's defense.

    This case involves, among other allegations, that defendant participated in a "bust out" bank fraud scheme. The scheme involved the creation of fake bank accounts and later withdrawal of money based on the deposit of insufficient fund checks into the accounts. Participants in the scheme established accounts at numerous banks and operated in several jurisdictions in California and other states. One of the alleged participants in the scheme, Jeffrey Kim, is separately charged in a case

pending before this Court and also set for a status conference on July 11, 2019 (Case Number 2:18-cr-109 MCE). Mr. Kong's matters was originally assigned to appear before United States District Judge Kimberly J. Mueller. The government filed a notice of related cases, and the Court thereafter ordered the two matters related (ECF Entry 11). The government produced to defense counsel for Mr. Kong voluminous discovery, including bank records, audio recordings, and photographs. Given the amount of discovery, counsel for Kyung Kong requests additional time to prepare and that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4.

Assistant U.S. Attorney Audrey Hemesath has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on her behalf.

Dated: April 29, 2019         /s/ Todd Leras
                              _____
                              TODD LERAS
                              Attorney for defendant
                              KYUNG KONG

Dated: April 29, 2019         MCGREGOR W. SCOTT
                              United States Attorney

                              /s/ Audrey Hemesath
                         By:  _____
                              AUDREY HEMESATH
                              Assistant United States Attorney
                              (Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                1

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set May 2, 2019 status conference hearing shall be continued to July 11, 2109, at 10:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, May 2, 2019, up to and including the July 11, 2019 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: May 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE