LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
KYUNG KONG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-050 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| KYUNG MIN KONG, | |
| Defendant. | Date: October 24, 2019<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America and defendant Kyung Kong, through their respective attorneys, that the status conference set for July 25, 2019, shall be continued by the Court to October 24, 2019, at 10:00 a.m., to allow defense counsel to review discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss potential pretrial resolution, and otherwise prepare the client's defense.

This case involves, among other allegations, that defendant participated in a "bust out" bank fraud scheme. The scheme involved the creation of fake bank accounts and later withdrawal of money based on the deposit of insufficient fund checks into the accounts. Participants in the scheme established accounts at numerous banks and operated in several jurisdictions in California and other states, including Colorado, Louisiana, New Jersey, Utah, and Washington.

1

STIPULATION & ORDER CONTINUING TCH

One of the alleged participants in the scheme, Jeffrey Kim, is separately charged in a related case pending before this Court (Case Number 2:18-cr-109 MCE).  Mr. Kong previously filed a stipulation to continue his status conference to the same date set for Mr. Kim's status conference: July 11, 2019.  The Court later issued a minute order (ECF Entry 17), based on a change in the Court's availability, setting the status conference on July 25, 2019.

The government has produced to defense counsel for Mr. Kong voluminous discovery, including bank records, audio recordings, and photographs, comprising more than 24,000 pages of material.  Mr. Kong's first language is Korean.  He has proficient English language skills, but frequently requires the assistance of a Korean language interpreter.  This is particularly true as to more complex factual issues and legal concepts.

Given the amount of discovery, the language issues, and the extensive geographic scope of offenses in the charged scheme, counsel for Kyung Kong requests additional time to prepare and that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4.  The government does not oppose the request.  The time exclusion includes the period from July 11, 2019 (the date originally requested in the previously-filed Stipulation, ECF Entry 18), up to and including October 24, 2019.

Assistant U.S. Attorney Audrey Hemesath has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on her behalf.

Dated:  July 19, 2019

    /s/ Todd Leras
TODD LERAS
Attorney for defendant
KYUNG KONG

Dated:  July 19, 2019

MCGREGOR W. SCOTT
United States Attorney

By:    /s/ Audrey Hemesath
AUDREY HEMESATH
Assistant United States Attorney
(Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME    1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having received, read, and considered the stipulation of the parties, and good |
| 3 | cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.  It is |
| 4 | hereby ORDERED that the presently set July 25, 2019 status conference hearing shall be |
| 5 | continued to October 24, 2109, at 10:00 a.m. |
| 6 | Based on the representations of the parties in their stipulation, the Court finds that: |
| 7 | (1) the failure to grant this requested continuance would deny defense counsel reasonable time |
| 8 | necessary for effective preparation, taking into account the exercise of due diligence; and (2) the |
| 9 | ends of justice served by continuing the case as requested outweigh the best interests of the public |
| 10 | and the defendant in a speedy trial. |
| 11 | The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, |
| 12 | 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from |
| 13 | July 11, 2019, up to and including the October 24, 2019 status conference hearing, shall be excluded |
| 14 | pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel |
| 15 | reasonable time necessary to prepare. |
| 16 | IT IS SO ORDERED. |
| 17 | Dated:  July 22, 2019 |

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE