LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
KYUNG KONG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KYUNG MIN KONG,<br><br>  Defendant. | CASE NO. 2:19-CR-050 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  January 16, 2020<br>Time:  10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America and defendant Kyung Kong, through their respective attorneys, that the status conference set for October 24, 2019 shall be continued by the Court to January 16, 2020, at 10:00 a.m., to allow defense counsel to continue reviewing discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss potential pretrial resolution, and otherwise prepare the client's defense.

This case involves, among other allegations, that defendant participated in a "bust out" bank fraud scheme. The scheme involved the creation of fake bank accounts and later withdrawal of money based on the deposit of insufficient fund checks into the accounts. Participants in the scheme established accounts at numerous banks and operated in several jurisdictions in California and other states, including Colorado, Louisiana, New Jersey, Utah, and Washington.

1

STIPULATION & ORDER CONTINUING TCH

1   The government has produced to defense counsel for Mr. Kong voluminous discovery,
2   including bank records, audio recordings, and photographs, comprising more than 24,000 pages of
3   material. Mr. Kong's first language is Korean. He has proficient English language skills, but
4   frequently requires the assistance of a Korean language interpreter. This is particularly true as to
5   more complex factual issues and legal concepts.
6       Given the amount of discovery, the language issues, and the extensive geographic scope of
7   offenses in the charged scheme, counsel for Kyung Kong requests additional time to prepare and that
8   time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4. The
9   government does not oppose the request. The time exclusion includes the period from October 24,
10  2019 up to and including January 16, 2020.
11      Assistant U.S. Attorney Audrey Hemesath has reviewed this stipulation and authorized
12  Attorney Todd D. Leras via email to sign it on her behalf.

Dated: October 21, 2019

    /s/ Todd Leras
TODD LERAS
Attorney for defendant
KYUNG KONG

Dated: October 21, 2019

    MCGREGOR W. SCOTT
United States Attorney

By:   /s/ Audrey Hemesath
AUDREY HEMESATH
Assistant United States Attorney
(Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME    1

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set October 24, 2019 status conference hearing shall be continued to January 16, 2020, at 10:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from October 24, 2019, up to and including the January 16, 2020 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: October 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE