LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
KYUNG KONG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-050 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| KYUNG MIN KONG, | |
| Defendant. | Date: May 28, 2020<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America and defendant Kyung Kong, through their respective attorneys, that the status conference set for January 16, 2020, shall be continued by the Court to May 28, 2020, at 10:00 a.m., to allow defense counsel to continue reviewing discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss potential pretrial resolution, and otherwise prepare the client's defense.

This case involves, among other allegations, that defendant participated in a "bust out" bank fraud scheme. The scheme involved the creation of fake bank accounts and later withdrawal of money based on the deposit of insufficient fund checks into the accounts. Participants in the scheme established accounts at numerous banks and operated in several jurisdictions in California and other states, including Colorado, Louisiana, New Jersey, Utah, and Washington.

1

STIPULATION & ORDER CONTINUING TCH

1       The government has produced to defense counsel for Mr. Kong voluminous discovery,
2 including bank records, audio recordings, and photographs, comprising more than 24,000 pages of
3 material. Mr. Kong's first language is Korean. He has proficient English language skills, but
4 frequently requires the assistance of a Korean language interpreter. This is particularly true as to
5 more complex factual issues and legal concepts. Mr. Kong is currently housed in custody at the
6 Wayne Brown Correctional Facility in Nevada City, California. Counsel and the defense investigator
7 are therefore required to travel approximately 65 miles from downtown Sacramento to attend
8 meetings with Mr. Kong.

      Given the amount of discovery, the language issues, travel required for client meetings, and the extensive geographic scope of offenses in the charged scheme, counsel for Kyung Kong requests additional time to prepare and that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4. The government does not oppose the request. The time exclusion includes the period from January 16, 2020 up to and including May 28, 2020.

      Assistant U.S. Attorney Audrey Hemesath has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on her behalf.

Dated: January 13, 2020

            /s/ Todd Leras
           TODD LERAS
           Attorney for defendant
           KYUNG KONG

Dated: January 13, 2020       MCGREGOR W. SCOTT
                                   United States Attorney

                                   By: /s/ Audrey Hemesath
                                   AUDREY HEMESATH
                                   Assistant United States Attorney
                                   (Per email authorization)

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set January 16, 2020 status conference hearing shall be continued to May 28, 2020, at 10:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from January 16, 2020, up to and including the May 28, 2020 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: January 15, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE