LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
KYUNG KONG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KYUNG MIN KONG,<br><br>  Defendant. | CASE NO. 2:19-CR-050 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  June 18, 2020<br>Time:  10:00 a.m.<br>Court:  Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America and defendant Kyung Kong, through their respective attorneys, that the status conference set for June 18, 2020, shall be continued by the Court to August 20, 2020, at 10:00 a.m., to allow defense counsel to continue reviewing discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss potential pretrial resolution, and otherwise prepare the client's defense.

The government has produced to defense counsel voluminous discovery, including bank records, audio recordings, and photographs, comprising more than 24,000 pages of material.  Mr. Kong's first language is Korean.  He has proficient English language skills, but frequently requires the assistance of a Korean language interpreter.  This is particularly true as to more complex factual

issues and legal concepts. Mr. Kong is currently housed in custody at the Wayne Brown Correctional Facility in Nevada City, California. Counsel and the defense investigator are therefore required to travel approximately 65 miles from downtown Sacramento to attend meetings with Mr. Kong.

This case involves, among other allegations, that defendant participated in a "bust out" bank fraud scheme. The scheme involved the creation of fake bank accounts and later withdrawal of money based on the deposit of insufficient fund checks into the accounts. Participants in the scheme established accounts at numerous banks and operated in several jurisdictions in California and other states, including Colorado, Louisiana, New Jersey, Utah, and Washington. The investigation of the matter is therefore accurately described as nation-wide in scope.

Since the beginning of March 2020, a series of national, state, and local events unfolded related to efforts to mitigate the spread of COVID-19. The Chief Judge for the Eastern District of California issued General Order 612 on March 18, 2020. General Order 612 restricted access to the federal courthouses within the district until May 1, 2020. On April 17, 2020, the Court issued General Order 617 to extend the courthouse restrictions until June 1, 2020. General Order 618, issued on May 13, 2020, extended the courthouse restrictions until further notice.

On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 ordering all California residents to shelter in place unless their services are needed to perform work in critical infrastructure functions. This Executive Order prevented defense counsel from conducting in-person meetings with Mr. Kong. A gradual easing of shelter in place restrictions is occurring throughout California at the present time. Defense counsel is now able to visit Mr. Kong at the Wayne Brown Correctional Facility. This matter has previously been continued by Court Order, followed by a corresponding stipulation of the parties, based on these same public health concerns related to the COVID-19 pandemic.

Given the amount of discovery, the language issues, travel required for client meetings, and the extensive geographic scope of offenses in the charged scheme, counsel for Kyung Kong requests additional time to prepare and that time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4.  The government does not oppose the request.  The time exclusion includes the period from June 18, 2020 up to and including August 20, 2020.

Assistant U.S. Attorney Audrey Hemesath has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on her behalf.

Dated:  June 16, 2020

    /s/ Todd Leras
TODD LERAS
Attorney for defendant
KYUNG KONG

Dated:  June 16, 2020

MCGREGOR W. SCOTT
United States Attorney

By:  /s/ Audrey Hemesath
AUDREY HEMESATH
Assistant United States Attorney
(Per email authorization)

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.  It is hereby ORDERED that the presently set June 18, 2020 status conference hearing shall be continued to August 20, 2020, at 10:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that:  (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from June 18, 2020, up to and including the August 20, 2020 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated:  June 16, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE