| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, CA 95814 |
|   | Telephone: (916) 504-3933 |
| 4 | Attorney for Defendant |
| 5 | KYUNG KONG |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-050 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| KYUNG MIN KONG, | |
| Defendant. | Date: August 20, 2020 |
| | Time: 10:00 a.m. |
| | Court: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America and defendant Kyung Kong, through their respective attorneys, that the status conference set for August 20, 2020, shall be continued by the Court to October 22, 2020, at 10:00 a.m., to allow defense counsel to continue review of discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, discuss potential pretrial resolution, and otherwise prepare the client's defense.

The government has produced to defense counsel voluminous discovery, including bank records, audio recordings, and photographs, comprising more than 24,000 pages of material. Mr. Kong's first language is Korean. He has proficient English language skills, but he frequently relies on the assistance of a Korean interpreter, including at court appearances, to ensure that he fully understands what is happening with his case.

1    Mr. Kong is currently housed at the Wayne Brown Correctional Facility in Nevada City,
2 California.  Any client visits by counsel or the defense investigator therefore require a one-way trip
3 of about 65 miles from downtown Sacramento.
4    The charge schemed involves, among other allegations, the creation of fake bank accounts
5 and later withdrawal of money based on the deposit of insufficient fund checks into the accounts.
6 Participants in the scheme established accounts at numerous banks and operated in several
7 jurisdictions in California and other states, including Colorado, Louisiana, New Jersey, Utah, and
8 Washington.  The case is one accurately described as involving investigation that is nation-wide in
9 scope.
10    Since the beginning of March 2020, a series of national, state, and local events has unfolded
11 related to the virus designated as COVID-19.  This Court has issued General Orders 612, 617, and
12 618, all of which restrict public access to federal courthouses within the district, to slow the spread of
13 COVID-19.  General Order 618, the most recent order related to courthouse restrictions, indefinitely
14 extended public access until further notice.
15    On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20
16 ordering all California residents to shelter in place unless their services are needed to perform work
17 in critical infrastructure functions.  A gradual easing of shelter in place restrictions in late May 2020
18 resulted in a spike in new COVID-19 infections.  Governor Newsom thereafter issued executive
19 orders restricting reopening of certain businesses and requiring face masks in public indoor areas.
20 Restrictions resulting from efforts to mitigate the spread of COVID-19 have delayed and complicated
21 the parties' efforts to prepare this matter for a potential negotiated resolution.  The parties
22 nevertheless believe that they are making progress toward resolution of this matter.  Continuance of
23 the status conference is requested to allow additional time for preparation due to the restrictions
24 imposed addressing the ongoing public health crisis.
25    Given the volume of discovery, the language issues, the travel required for client meetings,
26 and the extensive geographic scope of the charges scheme, counsel for Kyung Kong requests
27 additional time to prepare.  The government does not oppose the request.  Defense counsel further
28

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME          1

1  requests that time be time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local
2  Code T4.  The time exclusion includes the period from August 20, 2020 up to and including October
3  22, 2020.
4      Assistant U.S. Attorney Audrey Hemesath has reviewed this stipulation and authorized
5  Attorney Todd D. Leras via email to sign it on her behalf.

7  Dated:  August 17, 2020                */s/ Todd Leras*
                                          _____
8                                         TODD LERAS
                                          Attorney for defendant
9                                         KYUNG KONG

11  Dated:  August 17, 2020               MCGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Audrey Hemesath*
13                            By:         _____
                                          AUDREY HEMESATH
14                                        Assistant United States Attorney
15                                        (Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME            2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.  It is hereby ORDERED that the presently set August 20, 2020 status conference hearing shall be continued to October 22, 2020, at 10:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, August 20, 2020, up to and including the October 22, 2020 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated:  August 18, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE