LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
KYUNG KONG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KYUNG MIN KONG,<br><br>    Defendant. | CASE NO. 2:19-CR-050 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  October 22, 2020<br>Time:  10:00 a.m.<br>Court:  Hon. Morrison C. England, Jr. |

     It is hereby stipulated and agreed by and between plaintiff United States of America and defendant Kyung Kong, through their respective attorneys, that the status conference set for October 22, 2020, shall be continued by the Court to January 14, 2021, at 10:00 a.m., to allow defense counsel to continue review of discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, consider a proposed pretrial resolution, and otherwise prepare the client's defense.

     The government has produced to defense counsel voluminous discovery, including bank records, audio recordings, and photographs, comprising more than 24,000 pages of material.  Mr. Kong's first language is Korean.  He has proficient English language skills, but he frequently relies on the assistance of a Korean interpreter, including at court appearances, to ensure that he fully understands what is happening with his case.

STIPULATION & ORDER CONTINUING TCH

1

1    Mr. Kong is currently housed at the Wayne Brown Correctional Facility in Nevada City, California. Any client visits by counsel or the defense investigator therefore require a one-way trip of about 65 miles from downtown Sacramento. The government recently provided the defense with a proposed plea agreement.

The charge schemed involves, among other allegations, the creation of fake bank accounts and later withdrawal of money based on the deposit of insufficient fund checks into the accounts. Participants in the scheme established accounts at numerous banks and operated in several jurisdictions in California and other states, including Colorado, Louisiana, New Jersey, Utah, and Washington. The case is one accurately described as involving investigation that is nation-wide in scope.

Since the beginning of March 2020, a series of national, state, and local events has unfolded related to the virus designated as COVID-19. This Court has issued General Orders 612, 617, 618, and 624 all of which restrict public access to federal courthouses within the district, to slow the spread of COVID-19. General Order 624, the most recent order related to courthouse restrictions, extends closure of courthouses in the district for what amounts to the remainder of 2020.

On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 in critical infrastructure functions. A gradual easing of shelter in place restrictions in late May 2020 resulted in a spike in new COVID-19 infections. Governor Newsom thereafter issued executive orders restricting reopening of certain businesses and requiring face masks in public indoor areas. A gradual easing of restrictions is again taking place at the present time in Sacramento County, but the threat of another spike in infections reasonably casts doubt upon how long the easing of restrictions will last. Restrictions resulting from efforts to mitigate the spread of COVID-19 have delayed and complicated the parties' efforts to prepare this matter for a potential negotiated resolution. The parties nevertheless believe that they are making progress toward resolution of this matter. Continuance of the status conference is requested to allow additional time for preparation due to the restrictions imposed addressing the ongoing public health crisis.

///

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME            2

1     Given the volume of discovery, the language issues, the travel required for client meetings,
2 and the extensive geographic scope of the charges scheme, counsel for Kyung Kong requests
3 additional time to prepare.  The government does not oppose the request.  Defense counsel further
4 requests that time be time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local
5 Code T4.  The time exclusion includes the period from October 22, 2020 up to and including January
6 14, 2021.

7     Assistant U.S. Attorney Audrey Hemesath has reviewed this stipulation and authorized
8 Attorney Todd D. Leras via email to sign it on her behalf.

Dated:  October 19, 2020

*/s/ Todd Leras*

_____

TODD LERAS
Attorney for defendant
KYUNG KONG

Dated:  October 19, 2020

MCGREGOR W. SCOTT
United States Attorney

By:  */s/ Audrey Hemesath*
_____
AUDREY HEMESATH
Assistant United States Attorney
(Per email authorization)

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.  IT IS HEREBY ORDERED that the presently set October 22, 2020 status conference hearing shall be continued to January 14, 2021, at 10:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that:  (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, October 22, 2020, up to and including the January 14, 2021 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated:  October 20, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE