LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
KYUNG KONG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-050 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| KYUNG MIN KONG, | |
| Defendant. | Date: January 14, 2021<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America and defendant Kyung Kong, through their respective attorneys, that the status conference set for January 14, 2021, shall be continued by the Court to April 22, 2021, at 10:00 a.m., to allow defense counsel to continue review of discovery produced by the United States, conduct counsel's independent investigation into the facts and applicable law, interview witnesses, consider a proposed pretrial resolution, and otherwise prepare the client's defense.

The government has produced to defense counsel voluminous discovery, including bank records, audio recordings, and photographs, comprising more than 24,000 pages of material.  Mr. Kong's first language is Korean.  He has proficient English language skills, but he frequently relies on the assistance of a Korean interpreter, including at court appearances, to ensure that he fully

STIPULATION & ORDER

1

understands what is happening with his case.

Mr. Kong is housed at the Wayne Brown Correctional Facility in Nevada City, California. Any client visits by counsel or the defense investigator therefore require a one-way trip of about 65 miles from downtown Sacramento. The government has provided the defense with a proposed plea agreement.

The charge schemed involves, among other allegations, the creation of fake bank accounts and later withdrawal of money based on the deposit of insufficient fund checks into the accounts. Participants in the scheme established accounts at numerous banks and operated in several jurisdictions in California and other states, including Colorado, Louisiana, New Jersey, Utah, and Washington. The case is one accurately described as involving investigation that is nation-wide in scope.

Since the beginning of March 2020, a series of national, state, and local events has unfolded related to the virus designated as COVID-19. This Court has issued General Orders 612, 617, 618, 624, and 628, all of which restrict public access to federal courthouses within the district, to slow the spread of COVID-19. General Order 628, the most recent order related to courthouse restrictions, extends closure of courthouses in the district until early April 2021.

On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 requiring that all those not engaged in critical infrastructure functions shelter in place. An easing of shelter in place restrictions occurred in the summer as the number of infections reduced or remained stable. The easing of restrictions has been rescinded due to a spike in new COVID-19 infections, including in the Sacramento region. Restrictions resulting from efforts to mitigate the spread of COVID-19 have delayed and complicated the parties' efforts to prepare this matter for a potential negotiated resolution. The parties nevertheless believe that they are making progress toward resolution of this matter. Continuance of the status conference is requested to allow additional time for preparation due to the restrictions imposed addressing the ongoing public health crisis.

Given the volume of discovery, the language issues, the travel required for client meetings, and the extensive geographic scope of the charges scheme, counsel for Kyung Kong requests

1  additional time to prepare.  The government does not oppose the request.  Defense counsel further
2  requests that time be time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local
3  Code T4.  The time exclusion includes the period from January 14, 2021, up to and including April
4  22, 2021.
5      Assistant U.S. Attorney Audrey Hemesath has reviewed this stipulation and authorized
6  Attorney Todd D. Leras via email to sign it on her behalf.

    Dated:  January 11, 2021        */s/ Todd Leras*
                                                        TODD LERAS
                                                        Attorney for defendant
                                                        KYUNG KONG

    Dated:  January 11, 2021        MCGREGOR W. SCOTT
                                                        United States Attorney

                                                        */s/ Audrey Hemesath*
                               By:      
                                                        AUDREY HEMESATH
                                                        Assistant United States Attorney
                                                        (Per email authorization)

**ORDER**

1. The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set January 14, 2021 status conference hearing shall be continued to April 22, 2021, at 10:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, January 11, 2021, up to and including the April 22, 2021 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: January 12, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE