| | |
|---|---|
| LAW OFFICE OF TODD D. LERAS<br>Todd D. Leras, CA SBN 145666<br>455 Capitol Mall, Suite 802<br>Sacramento, CA 95814<br>Telephone: (916) 504-3933<br><br>Attorney for Defendant<br>KYUNG KONG | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KYUNG MIN KONG,<br><br>　　　　Defendant. | CASE NO. 2:19-CR-050 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:　April 29, 2021<br>Time:　10:00 a.m.<br>Court:　Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed by and between plaintiff United States of America and defendant Kyung Kong, through their respective attorneys, that the status conference presently set for April 29, 2021, shall be continued by the Court to August 19, 2021, at 10:00 a.m. The parties previously agreed by stipulation to set a status conference on April 22, 2021. The Court on its own motion moved the status conference to April 29, 2021 (ECF Entry 38). Defense counsel requests to continue the status conference to August 19 for the purpose of allowing review of discovery produced by the United States, to conduct counsel's independent investigation into the facts and applicable law, to interview witnesses, and to consider a proposed pretrial resolution, and otherwise prepare the client's defense. The government does not oppose the request.

1

STIPULATION & ORDER CONTINUING TCH

The government has produced to defense counsel voluminous discovery, including bank records, audio recordings, and photographs, comprising more than 24,000 pages of material. Mr. Kong's first language is Korean. He has proficient English language skills, but he frequently relies on the assistance of a Korean interpreter, including at court appearances, to ensure that he fully understands what is happening with his case.

Mr. Kong is housed at the Wayne Brown Correctional Facility in Nevada City, California. Client visits by counsel or the defense investigator therefore require a one-way trip of about 65 miles from downtown Sacramento. The charge schemed involves, among other allegations, the creation of fake bank accounts and later withdrawal of money based on the deposit of insufficient fund checks into the accounts. Participants in the scheme established accounts at numerous banks and operated in several jurisdictions in California and other states, including Colorado, Louisiana, New Jersey, Utah, and Washington. The case is one accurately described as involving investigation that is nation-wide in scope.

Since the beginning of March 2020, a series of national, state, and local events has unfolded related to the virus designated as COVID-19. This Court has issued General Orders 612, 617, 618, 624, 628, and 630, all of which restrict public access to federal courthouses within the district to slow the spread of COVID-19. General Order 630, the most recent order related to courthouse restrictions, extends closure of courthouses in the district for up to 90-days from April 2, 2021.

On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 requiring that all those not engaged in critical infrastructure functions shelter in place. Regional surges and reductions in the rate of coronavirus infections during the past thirteen months have resulted in fluctuations as to the level of restrictions on non-essential activities. Restrictions resulting from efforts to mitigate the spread of COVID-19 have delayed and complicated defense investigation efforts. A recent increase in vaccination distribution allowed for easing of many social interaction restrictions in the Sacramento area. This easing, in turn, eases many of the impediments to defense investigation efforts. Continuance of the status conference is requested to allow additional time for defense preparation considering the ongoing public health crisis.

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                    2

1       Given the volume of discovery, the language issues, the travel required for client meetings, and the extensive geographic scope of the charges scheme, counsel for Kyung Kong requests additional time to prepare. Defense counsel further requests that time be time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4. The time exclusion includes the period from April 22, 2021, up to and including August 19, 2021.

      Assistant U.S. Attorney Audrey Hemesath has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on her behalf.

Dated: April 21, 2021            */s/ Todd Leras*

                                          TODD LERAS
                                          Attorney for defendant
                                          KYUNG KONG

Dated: April 21, 2021            PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          */s/ Audrey Hemesath*
                         By: _____
                                          AUDREY HEMESATH
                                          Assistant United States Attorney
                                          (Per email authorization)

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set April 29, 2021 status conference is vacated. The status conference is continued to August 19, 2021, at 10:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from April 22, 2021, up to and including the August 19, 2021 status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: April 27, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE