LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
KYUNG KONG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KYUNG MIN KONG,<br><br>    Defendant. | CASE NO. 2:19-CR-050 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: August 19, 2021<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

    Plaintiff United States of America and Defendant Kyung Kong request that the status conference, presently set for August 19, 2021, be continued by the Court to September 30, 2021, at 10:00 a.m. Defense counsel requests to continue the status conference. Defendant requests additional time to review discovery produced by the United States, to conduct counsel's independent investigation into the facts and applicable law, to interview witnesses, to consider a proposed pretrial resolution, and to conduct mitigation evidence in support of the defense sentencing request, and to otherwise prepare the client's defense. The government does not oppose the request.

    The government has produced to defense counsel voluminous discovery, including bank

STIPULATION & ORDER
CONTINUING STATUS CONFERENCE

1

records, audio recordings, and photographs, comprising more than 24,000 pages of material. Mr. Kong's first language is Korean. He has proficient English language skills, but he frequently relies on the assistance of a Korean interpreter, including at court appearances, to ensure that he fully understands what is happening with his case.

Mr. Kong is housed at the Wayne Brown Correctional Facility in Nevada City, California. Client visits by counsel or the defense investigator therefore require a one-way trip of about 65 miles from downtown Sacramento.  The charge schemed involves, among other allegations, the creation of fake bank accounts and later withdrawal of money based on the deposit of insufficient fund checks into the accounts. Participants in the scheme established accounts at numerous banks and operated in several jurisdictions in California and other states, including Colorado, Louisiana, New Jersey, Utah, and Washington. The case is one accurately described as involving investigation that is nation-wide in scope.  Defense preparation and investigation of this matter has been impeded due to the continuing global pandemic.

Since the beginning of March 2020, a series of national, state, and local events has unfolded related to the virus designated as COVID-19. This Court has issued General Orders 612, 617, 618, 624, 628, 630, 631, and 632 to address the pandemic. The combined impact of the General Orders was to restrict public access to federal courthouses within the district from March 18, 2020 to June 14, 2021. The last two orders allowed each district judge discretion to hear matters in person or via videoconferencing beginning on June 14, 2021. Shortly after reopening started, Sacramento Public Health Officials reimposed an indoor mask mandate for both vaccinated and unvaccinated individuals due to a surge in the Delta Variant of the virus.

Given the volume of discovery, the language issues, the travel required for client meetings, the extensive geographic scope of the charges scheme, and complications resulting from the continuing pandemic counsel for Kyung Kong requests additional time to prepare. Defense counsel further requests that time be time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4. The time exclusion includes the period from August 19, 2021, up to and including September 30, 2021.

1  Assistant U.S. Attorney Audrey Hemesath has reviewed this stipulation and authorized
2  Attorney Todd D. Leras via email to sign it on her behalf.

3
4  Dated:  August 13, 2021         */s/ Todd Leras*
                                   _____
5                                  TODD LERAS
                                   Attorney for defendant
6                                  KYUNG KONG

7
8  Dated:  August 13, 2021         PHILLIP A. TALBERT
                                   Acting United States Attorney
9
                                   */s/ Audrey Hemesath*
10                          By:    _____
                                   AUDREY HEMESATH
11                                 Assistant United States Attorney
12                                 (Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE                                    3

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the status conference, set for August 19, 2021, is vacated. The status conference is continued to September 30, 2021, at 10:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from August 19, 2021, up to and including the September 30, 2021, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: August 16, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE