LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
KYUNG KONG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>KYUNG MIN KONG,<br><br>    Defendant. | CASE NO. 2:19-CR-050 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  October 28, 2021<br>Time:  10:00 a.m.<br>Court:  Hon. Morrison C. England, Jr. |

  Plaintiff United States of America and Defendant Kyung Kong request that the status conference, presently set for October 24, 2021, be continued by the Court to December 16, 2021, at 10:00 a.m. Defense counsel requests to continue the status conference. Defendant requests additional time to review discovery produced by the United States, to conduct counsel's independent investigation into the facts and applicable law, to interview witnesses, to consider a proposed pretrial resolution, and to conduct mitigation evidence in support of the defense sentencing request, and to otherwise prepare the client's defense. The government does not oppose the request.

  The government has produced to defense counsel voluminous discovery, including bank

STIPULATION & ORDER
CONTINUING STATUS CONFERENCE

1

records, audio recordings, and photographs, comprising more than 24,000 pages of material. Mr. Kong's first language is Korean. He has proficient English language skills, but he frequently relies on the assistance of a Korean interpreter, including at court appearances, to ensure that he fully understands what is happening with his case.

Mr. Kong is housed at the Wayne Brown Correctional Facility in Nevada City, California. Client visits by counsel or the defense investigator therefore require a one-way trip of about 65 miles from downtown Sacramento. The Wayne Brown Correctional Facility has recently experienced an outbreak of coronavirus infections. This outbreak has interfered with the ability of defense counsel to conduct in person meetings with Mr. Kong.

The charged scheme in this case involves, among other allegations, the creation of fake bank accounts and later withdrawal of money based on the deposit of insufficient fund checks into the accounts. Participants in the scheme established accounts at numerous banks and operated in several jurisdictions in California and other states, including Colorado, Louisiana, New Jersey, Utah, and Washington. The case is one accurately described as involving investigation that is nation-wide in scope. Defense preparation and investigation of this matter has been impeded due to the continuing global COVID-19 pandemic.

This Court has issued General Orders 612, 617, 618, 624, 628, 630, 631, 632, and 635 to address the pandemic. The General Orders restricted public access to federal courthouses within the district from March 18, 2020 to June 14, 2021. The most recent order, General Order 635, allows each district judge discretion to hear matters in person or via videoconferencing for up to 90 days from September 28, 2021.

Given the volume of discovery, the language issues, the travel required for client meetings, the extensive geographic scope of the charges scheme, and complications resulting from the continuing pandemic counsel for Kyung Kong requests additional time to prepare. Defense counsel further requests that time be time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4. The time exclusion includes the period from October 28, 2021, up to and including December 16, 2021.

1  Assistant U.S. Attorney Audrey Hemesath has reviewed this stipulation and authorized
2  Attorney Todd D. Leras via telephone to sign it on her behalf.

|  |  |
|---|---|
| Dated:  October 25, 2021 | */s/ Todd Leras* <br> _____ <br> TODD LERAS <br> Attorney for defendant <br> KYUNG KONG |
| Dated:  October 25, 2021 | PHILLIP A. TALBERT <br> Acting United States Attorney <br><br> */s/ Audrey Hemesath* <br> By: _____ <br> AUDREY HEMESATH <br> Assistant United States Attorney <br> (Per telephone authorization) |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the status conference, set for October 28, 2021, is vacated. The status conference is continued to December 16, 2021, at 10:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from October 28, 2021, up to and including December 16, 2021, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: October 28, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE