LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
KYUNG KONG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-050 TLN |
| Plaintiff, | **STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| KYUNG MIN KONG, | |
| Defendant. | Court:  Hon. Troy L. Nunley |

   This matter was previously set for Status Conference by stipulation of the parties before Senior United States District Judge Morrison C. England, Jr., to be held on December 16, 2021. The Chief Judge issued a Minute Order (ECF Document 47), dated November 9, 2021, reassigning the matter to this Court. The Reassignment Order vacated any pending dates and directed the parties to schedule the matter before this Court. Plaintiff United States of America and Defendant Kyung Kong therefore request to set a Status Conference on February 10, 2022, at 9:30 a.m.

STIPULATION & ORDER
CONTINUING STATUS CONFERENCE

1

Defense counsel requests to exclude time under the Speedy Trial Act, up to and including February 10, 2022, for the reasons set out below:

Defendant requests additional time to review discovery produced by the United States, to conduct counsel's independent investigation into the facts and applicable law, to interview witnesses, to consider a proposed pretrial resolution, and to conduct mitigation evidence in support of the defense sentencing request, and to otherwise prepare the client's defense. The government does not oppose the request.

The government has produced to defense counsel voluminous discovery, including bank records, audio recordings, and photographs, comprising more than 24,000 pages of material. Mr. Kong's first language is Korean. He has proficient English language skills, but he frequently relies on the assistance of a Korean interpreter, including at court appearances, to ensure that he fully understands what is happening with his case.

Mr. Kong is housed at the Wayne Brown Correctional Facility in Nevada City, California. Client visits by counsel or the defense investigator therefore require a one-way trip of about 65 miles from downtown Sacramento. The Wayne Brown Correctional Facility has recently experienced an outbreak of coronavirus infections. This outbreak interfered with the ability of defense counsel to conduct in person meetings with Mr. Kong, including complicating the use of a Korean interpreter to assist in reviewing a proposed settlement agreement with Mr. Kong.

The charged scheme in this case involves, among other allegations, the creation of fake bank accounts and later withdrawal of money based on the deposit of insufficient fund checks into the accounts. Participants in the scheme established accounts at numerous banks and operated in several jurisdictions in California and other states, including Colorado, Louisiana, New Jersey, Utah, and Washington. The case is one accurately described as involving investigation that is nation-wide in scope. Defense preparation and investigation of this matter has been impeded due to the continuing global COVID-19 pandemic.

Given the volume of discovery, the language issues, the travel required for client meetings, the extensive geographic scope of the charges scheme, and complications resulting from the

continuing pandemic, counsel for Kyung Kong requests additional time to prepare. Defense counsel further requests that time be time be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4. The time exclusion includes the period from December 16, 2021, up to and including February 10, 2022.

    Assistant U.S. Attorney Audrey Hemesath has reviewed this stipulation and authorized Attorney Todd D. Leras via telephone to sign it on her behalf.

Dated:  December 9, 2021    */s/ Todd Leras*
                  _____
                  TODD LERAS
                  Attorney for defendant
                  KYUNG KONG

Dated: December 9, 2021    PHILLIP A. TALBERT
                  Acting United States Attorney

                  */s/ Audrey Hemesath*
          By: _____
                  AUDREY HEMESATH
                  Assistant United States Attorney
                  (Per telephone authorization)

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the matter is set for Status Conference on February 10, 2022, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant the request to set the Status Conference on the requested date would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from December 16, 2021, up to and including February 10, 2022, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time necessary to prepare.

IT IS SO ORDERED.

Dated: December 9, 2021

Troy L. Nunley
United States District Judge