LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KYUNG MIN KONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>KYUNG MIN KONG,<br><br>              Defendant. | Case No.: 2:19-cr-050 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:     Hon. Troy L. Nunley |

      This matter is scheduled for a Sentencing Hearing on May 26, 2022.  Defendant is housed at the Wayne Brown Correctional Facility in Nevada City.  He requires the assistance of a Korean language interpreter.  Given the language and travel issues required to coordinate the probation interview in this matter, defense counsel requests to continue the Sentencing Hearing

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

on August 25, 2022, at 9:30 a.m., and to modify the Pre-Sentence Investigation Report (PSR) schedule.

The assigned probation officer has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose to set a PSR disclosure schedule as follows:

1. Draft PSR Disclosure Date:  July 14, 2022;

2. Informal Objections to Draft PSR:  July 28, 2022;

3. Final PSR Date:   August 4, 2022;

4. Motion for Correction Date:  August 11, 2022; and

5. Reply Date:  August 18, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Audrey Hemesath approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on her behalf.

DATED:  May 3, 2022

By   */s/ Todd D. Leras for*
AUDREY B. HEMESATH
Assistant United States Attorney

DATED: May 3, 2022

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
KYUNG MIN KONG

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing in this matter is continued to August 25, 2022, at 9:30 a.m. The Court adopts the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.

DATED: May 4, 2022

Troy L. Nunley
United States District Judge

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE