LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KYUNG MIN KONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KYUNG MIN KONG,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-050 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:　　Hon. Troy L. Nunley |

　　　This matter is scheduled for a Sentencing Hearing on August 25, 2022.  The probation officer and defense counsel request to continue the Sentencing Hearing to October 6, 2022, and to modify the Pre-Sentence Investigation Report ("PSR") disclosure schedule.  The government does not oppose the request.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

Defendant is housed at the Wayne Brown Correctional Facility in Nevada City. He requires the assistance of a Korean language interpreter. He has completed his probation interview, but the draft PSR has not yet been completed.

The assigned probation officer has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose to set a PSR disclosure schedule as follows:

1. Draft PSR Disclosure Date:  August 25, 2022;

2. Informal Objections to Draft PSR:  September 8, 2022;

3. Final PSR Date:   September 15, 2022;

4. Motion for Correction Date:  September 22, 2022; and

5. Reply Date:  September 29, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Audrey Hemesath approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on her behalf.

DATED:  August 1, 2022

By     */s/ Todd D. Leras for*        
    AUDREY B. HEMESATH  
    Assistant United States Attorney

DATED: August 1, 2022

By    */s/ Todd D. Leras*            
    TODD D. LERAS  
    Attorney for Defendant  
    KYUNG MIN KONG

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing in this matter is continued to October 6, 2022, at 9:30 a.m. The Court adopts the Pre-Sentence Investigation Report Disclosure Schedule proposed by the parties.

IT IS SO ORDERED.

DATED: August 2, 2022

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE