LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KYUNG MIN KONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>           Plaintiff, <br><br> vs. <br><br> KYUNG MIN KONG, <br><br>           Defendant. | Case No.: 2:19-cr-050 TLN <br><br> ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE <br><br> Court:   Hon. Troy L. Nunley |

This matter is scheduled for a Sentencing Hearing on October 6, 2022.  Defense counsel requests to continue the Sentencing Hearing to November 10, 2022, and to modify a portion of the Pre-Sentence Investigation Report ("PSR") disclosure schedule.  The government does not oppose the request.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

Defendant is housed at the Wayne Brown Correctional Facility in Nevada City. He requires the assistance of a Korean language interpreter. The Final PSR has been disclosed in the case. Defense counsel needs additional time to review the Final PSR with Mr. Kong, along with assistance from the interpreter, in Nevada City.

The assigned probation officer has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose to modify, in part, the PSR disclosure schedule as follows:

1. Motion for Correction Date:  October 27, 2022; and

2. Reply Date:  November 3, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Audrey Hemesath approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on her behalf.

DATED:  September 29, 2022

By   */s/ Todd D. Leras for*
AUDREY B. HEMESATH
Assistant United States Attorney

DATED: September 29, 2022

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
KYUNG MIN KONG

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing in this matter is continued to November 10, 2022, at 9:30 a.m. The Court modifies the Pre-Sentence Investigation Report Disclosure Schedule as proposed by the parties.

IT IS SO ORDERED.

DATED: September 30, 2022

Troy L. Nunley
United States District Judge