HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KYUNG MIN KONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYUNG MIN KONG,<br><br>Defendant. | No. 2:19-cr-0050-TLN-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable TROY L. NUNLEY |

Defendant, KYUNG MIN KONG, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to limit the overall criminal history impact of "status points" by assigning zero status points for offenders with six or fewer criminal history points, and one status point for offenders

with seven or more criminal history points ("status-point provision").  *See* Amendment 821, Part A; *compare* USSG § 4A1.1(d) (2022), *with* USSG § 4A1.1(e) (Nov. 1, 2023).  The United States Sentencing Commission made the status-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023), 88 Fed. Reg. 60534;

3. Mr. Kong received 5 criminal history points based on his past criminal convictions and 2 criminal history points pursuant to the former USSG § 4A1.1(d), for a total criminal history score of 7, which placed him in criminal history category IV.  His total offense level was 29, resulting in a guideline range of 121 to 151 months on Counts 2 & 3.  The term of imprisonment on Count 4 was a statutorily mandated 24 months that must be served consecutively to any other counts;

4. On November 10, 2022, this Court sentenced Mr. Kong to 69 months on Counts 2 & 3, to be served concurrently to each other, and a mandatory 24 months on Count 4 to be served consecutively to the terms imposed on Counts 2 & 3, for a total term of 93 months;

5. The sentencing range applicable to Mr. Kong was subsequently lowered by the status-point provision;

6. Mr. Kong is eligible for a reduction in sentence, which reduces his criminal history score to 5, lowering his criminal history category from IV to III, resulting in an amended advisory guideline range of 108 to 135 months for Counts 2 & 3;

7. When the defendant's original sentence was below the applicable guideline range, the court may, in accordance with the exception set forth in USSG § 1B1.10(b)(2)(B), grant a comparable reduction below the amended guideline range;

8. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Kong's sentence to 62 months on Counts 2 & 3, to be served concurrently to each

/ / /

/ / /

/ / /

/ / /

/ / /

other, and 24 months on Count 4, to be served consecutively to the terms imposed on Counts 2 & 3, for a total term of 86 months imprisonment, effective 10 days from the date of the amended judgment.  If the amount of time served as of the effective date exceeds 86 months, the sentence is instead reduced to a sentence of time-served effective 10 days from the date of the amended judgment.[1]

Respectfully submitted,

Dated:  February 2, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/ *Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   February 2, 2024

HEATHER E. WILLIAMS
Federal Defender

 /s/  *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
KYUNG MIN KONG

---

[1] This 10-day period is requested by the Bureau of Prisons to perform its statutory duties and release planning.

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Kong is entitled to the benefit of Amendment 821, Part A, the new status-point provision, which reduces his criminal history score to 5, and his criminal history category from IV to III, resulting in an amended guideline range of 108 to 135 months for Counts 2 & 3.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November of 2022 is reduced to 62 months on Counts 2 & 3, to be served concurrently to each other, and 24 months on Count 4, to be served consecutively to the terms imposed on Counts 2 & 3, for a total term of 86 months imprisonment, effective 10 days from the date of the Court's amended judgment. If the amount of time served as of the effective date exceeds 86 months, the sentence is instead reduced to time-serve effective 10 days from the date of the amended judgment.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Kong shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   February 2, 2024

_____
Troy L. Nunley
United States District Judge